UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAWNELIAS BURGESS ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:010-0286 |
| ) | Judge Campbell/Brown |
| BILL ME LATER, INC., et al. ) | |
|     Defendants. ) | |

ORDER

This case is set for a Rule 16 scheduling conference on **THURSDAY, MAY 13, 2010 AT 9:30 A.M. in Courtroom 783, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.** **Seven days** prior to the scheduled conference, counsel for the defendants will send to the Plaintiff a draft proposed scheduling order. The Plaintiff should bring with him to the hearing any changes he believes are necessary to the scheduling order, and a final scheduling order will be entered by the Court following the case management conference.

**It is so ORDERED.**

/S/ Joe B. Brown
Joe B. Brown,
U.S. Magistrate Judge